UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-81055-CV-MIDDLEBROOKS/Brannon

STEPHEN POTJE, et al.,

    Plaintiffs,

v.

BLUEGREEN VACATION CORPORATION
d/b/a/ BLUEGREEN CORPORTATION,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court on Plaintiffs' Notice of Withdrawal of Motion for Class Certification, filed March 20, 2018 (DE 56). In the Notice, Plaintiffs' indicate that in light of their withdrawal of the motion for class certification, it is Plaintiffs' position that this Court no longer has subject matter jurisdiction under the Class Action Fairness Act of 2005, as set forth in 28 U.S.C. § 1332(d). Plaintiffs further concede that no diversity jurisdiction exists. Defendants agree that this case should be dismissed on jurisdictional grounds. *See* DE 58 at p. 5.

Upon review of the record, I agree and find that dismissal of this action pursuant to Federal Rule of Civil Procedure 12(h)(3) is appropriate. Accordingly it is

**ORDERED AND ADJUDGED** that

1. Plaintiffs' claims against Defendant Bluegreen Vacation Corporation d/b/a Bluegreen Corporation are **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk of the Court is instructed to **CLOSE THIS CASE.**

3. All pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this 21 day of March, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record